**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**DAVID ST. AMOUR**
**DIANE ST. AMOUR**

    **VS**　　　　　　　　　　　　**18-cv-254**

**FEDERAL HOME LOAN MORTGAGE CORPORATION**
**US BANK, NATIONAL ASSOCIATION,**
**AS TRUSTEE FOR  LSF 9 MASTER PARTICIPATION TRUST,**
**CALIBER HOME LOANS, INC.**

    **ADDENDUM TO COMPLAINT OF EXHIBITS**

|  |  |
|---|---|
|  | DAVID ST. AMOUR |
|  | DIANE ST. AMOUR |
| May 7, 2018 | By their Attorney |
|  |  |
|  | /s/ John B. Ennis |
|  | JOHN B. ENNIS, ESQ. #2135 |
|  | 1200 Reservoir Avenue |
|  | Cranston, Rhode Island 02920 |
|  | (401) 943-9230 |
|  | Jbelaw75@gmail.com |

1