# Exhibit B

Mar. 31. 2017 11:09AM    No. 7813   P. 2
Case 1:18-cv-00254-WES-PAS   Document 2-2   Filed 05/07/18   Page 2 of 5 PageID #: 40
Case 1:17-bk-10560   Claim 5-3   Filed 10/23/17   Desc Main Document   Page 1 of 4



# Countrywide
## HOME LOANS

Attn: Home Retention Division
Countrywide Modification
100 Beecham Drive
Pittsburgh, PA 15205

Notice Date: February 11, 2009

DIANE T ST AMOUR and DAVID A ST AMOUR
8 E Quail Run
Charlestown, RI 02813

Property Address:
8 EAST QUAIL RUN, CHARLESTOWN, RI 02813

**IMPORTANT MESSAGE ABOUT YOUR LOAN**

We are pleased to advise you that your loan modification has been approved. In order for the modification to be valid, the enclosed documents need to be signed and returned.

The following amounts will be added to your current principal balance, resulting in a modified principal balance of $200,986.01 prior to your first payment date. The amount added to your loan is:

| | |
|---|---|
| Interest: | $4,166.27 |
| Fees: | $0.00 |
| Escrow: | $0.00 |
| Total: | $4,166.27 |

Your new modified monthly payment will be $1,239.99, effective with your April 1, 2009 payment. This payment is subject to change if your escrow account is reanalyzed or if you have a step rate, interest only or adjustable rate loan type. Your current interest rate is 6.375%. Your new interest rate will be 5.375%. We are fixing this rate for a period of 480 months. This Agreement will bring your loan current; however, you are still required to pay back the entire unpaid principal by the maturity date for your loan.

Your new reduced interest rate will be effective as of March 1, 2009 and it will remain in effect until March 1, 2049.

A breakdown of your payment is as follows:

| | |
|---|---|
| P&I Payment: | $1,019.59 |
| Escrow: | $220.40 |
| Total Payment: | $1,239.99 |

## WHAT YOU SHOULD DO

Please sign, date and return one (1) complete set of enclosed documents to us in the re-usable Fed-Ex envelope. Please use the return label provided and mail no later than March 11, 2009 to the following address:



**HOME LOANS**

Countrywide Modification, 100 Beecham Drive, Pittsburgh, PA 15205

**If you have questions, Loan consultants are standing by from 8:00 AM until 9:00 PM CT Monday through Friday, and 8:00 AM until 3:00 PM CT on Saturday except holidays at 877-665-6866.**

This offer is contingent upon Countrywide receiving relief from the Automatic Stay for any bankruptcy in which the property referred to in the Loan Modification Agreement is included at the time of the modification.

If any issues arise between the date of this commitment and the date on which all of the terms and conditions of this letter are finalized, including, but not limited to, deterioration in the condition of the property, lawsuits, liens, additional expenses and defaulted amount, then we may terminate this offer and pursue all collection action, including foreclosure.

This Letter does not stop, waive or postpone the collection actions, or credit reporting actions we have taken or contemplate taking against you and the property. In the event that you do not or cannot fulfill ALL of the terms and conditions of this letter no later than March 11, 2009, we will continue our collections actions without giving you additional notices or response periods.

The following documents have been enclosed:
**Modification Agreement**-Must be signed in the presence of a Notary. The notary acknowledgment must be in recordable form. All parties who own an interest in the property must sign the modification agreement as their name appears.

The following documents may have been included if applicable to your loan:

**California All Purpose Acknowledgment** – This document will only be used if the loan modification agreement is being executed in the state of California. It will be utilized by a notary of the state of California in place of the notary section contained in the Loan Modification Agreement.

**Bankruptcy Disclosure** – All parties who own an interest in the property must sign the Bankruptcy Disclosure as their name appears.

## THANK YOU FOR YOUR BUSINESS

The HOPE Team

Countrywide is required by law to inform you that this communication is from a debt collector.



Mar. 31. 2017 11:10AM          No. 7813    P. 4
Case 1:18-cv-00254-WES-PAS   Document 2-2   Filed 05/07/18   Page 4 of 5 PageID #: 42
Case 1:17-bk-10560   Claim 5-3   Filed 10/23/17   Desc Main Document   Page 3 of 4

RECORDING REQUESTED BY:
Countrywide Home Loans Servicing LP
Attn. WORKOUT DEPARTMENT, LAN-70
177 COUNTRYWIDE WAY
LANCASTER, CA 93536



610  07588221.1  MOD 001 - 001

## LOAN MODIFICATION AGREEMENT

(Fixed Interest Rate)

This Loan Modification Agreement ("Agreement"), made this 11th day of February, 2009, between DIANE T ST AMOUR and DAVID A ST AMOUR, and Countrywide Home Loans Servicing LP (Lender), amends and supplements (1) the Mortgage, Deed of Trust or Deed to Secure Debt (the Security Instrument), dated the 30th day of June, 2006 and in the amount of $210,000.00 and (2) the Note secured by, the Security Instrument, which covers the real and personal property described in the Security Instrument and defined therein as in the 'Property', located at 6 EAST QUAIL RUN, CHARLESTOWN, RI 02813.

The real property described being set forth as follows:

SAME AS IN SAID SECURITY INSTRUMENT

In consideration of the mutual promises and agreements exchanged, the parties hereto agree as follows (not withstanding anything to the contrary contained in the Note or Security Instrument):

1. As of the 1st day of March, 2009, the amount payable under the Note or Security Instrument (the "Unpaid Principal Balance") is U.S. $200,986.01 consisting of the amount(s) loaned to the borrower by Lender and any interest capitalized to date.

2. The Borrower promises to pay the Unpaid Principal Balance, plus interest, to the order of the Lender. Interest will be charged on the Unpaid Principal Balance at the yearly rate of 6.375% from the 1st day of March, 2009. The Borrower promises to make monthly payment of principal and interest of U.S. $1,019.59 beginning on the 1st day of April, 2009, and continuing thereafter on the same day of each succeeding month until principal and interest are paid in full. If on the 1st day of March, 2049 (the "Maturity Date"), the Borrower still owes amounts under the Note and Security Instrument, as amended by this agreement, the Borrower will pay these amounts in full on the Maturity Date.

3. The Borrower will make such payment at 450 American Street, Simi Valley, California 93065 or at such other place as the Lender may require.

4. If all or any part of the Property or any interest in it is sold or transferred (or if a beneficial interest in the Borrower is sold or transferred and the Borrower is not a natural person) without the Lender's prior consent, the Lender may, at it's option, require immediate payment in full of all sums secured by the Security Instrument.

5. The Borrower also will comply with all other covenants, agreements, and requirement of the Security Instrument, including without limitation, the Borrower's covenants and agreements to make all payments of taxes, insurance premiums, assessments, escrow items, impounds, and all other payments that the Borrower is obligated to make under the Security Instrument; however, if your original Note or Security Instrument was an Adjustable Rate, the following terms and provision are cancelled, null, and void, as of the date specified in paragraph No. 1 above:

    (a) all terms and provisions of the original Note and Security Instrument (if any) proving for, implementing, or relating to, any adjustment, in the rate of interest payable under the Note; and

    (b) all terms and provisions of any adjustable rate rider or other instrument or document that is affixed to, wholly or partially incorporated into, or is part of, the original Note or Security Instrument and that contains any such terms and provisions as those referred to in (a) above.

6. Nothing in this agreement shall be understood or construed to be a satisfaction or release in whole or in part of the Note and Security Instrument. Except as otherwise specifically provided in this Agreement, the Note and Security Instrument will remain unchanged, and the Borrower and Lender will be bound by, and comply with, all terms and provisions thereof, as amended by this Agreement.

Page 3 of 4

7. In consideration of this Modification, Borrower agrees that if any document related to the Security Instrument, Note and/or Modification is lost, misplaced, misstated, inaccurately reflects the true and correct terms and conditions of the loan, or is otherwise missing upon the request of the Lender, Borrower(s) will comply with Lender's request to execute acknowledge, initial and deliver to Lender any documentation Lender deems necessary to replace or correct the lost misplaced, misstated, inaccurate or otherwise missing document(s). If the original promissory note is replaced the Lender hereby indemnifies the Borrower(s) against any loss associated with a demand on the original note. All documents Lender requests of borrower(s) shall be referred to as Documents. Borrower agrees to deliver the Documents within ten (10) days after receipt by Borrower(s) of a written request for such replacement.

As evidenced by their signatures below, the Borrower and the Lender agree to the foregoing.

_____   Dated: 3-4-09
DIANE T ST AMOUR

_____   Dated: 3-5-09
DAVID A ST AMOUR

STATE OF Rhode Island
COUNTY OF Washington

On 3/4/09 before me, Kendra Nicastro, Notary Public, personally appeared
Diane T. St. Amour
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
Signature
         Com. exp- 4/11/11

Countrywide Home Loans Servicing LP

By: _____   Dated: _____


STATE OF SC
COUNTY OF BEAUFORT

On 3/4/09 before me, Virliza Solis Notary Public, personally appeared David St. Amour personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me.

Commission Expires June, 27 2016